FILED

2007 AUG 14  AM 8: 34

BY _____ _____ DEPUTY

UNITED STATES DISTRICT COURT OF CALIFORNIA

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK CHIARAMONTE, individually and on behalf of himself and All Others Similarly Situated<br><br>Plaintiffs,<br><br>v.<br><br><br>PITNEY BOWES, INC., a Delaware Corporation, and DOES 1 to 500, Inclusive,<br><br>Defendants. | CASE NO. 06CV1507 JM (NLS)<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER RE: JOINT MOTION TO MODIFY THE ORDER FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, TEMPORARY AND CONDITIONAL CERTIFICATION AS A CLASS ACTION, SETTING OF A FAIRNESS DETERMINATION HEARING AND APPROVAL OF NOTICE TO CLASS**<br><br>Complaint Filed: July 26, 2006<br>Trial Date: None set |

---

JOINT MOTION TO MODIFY THE ORDER FOR
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

CASE NO. 06CV1507 JM (NLS)

1  PURSUANT TO THE JOINT MOTION AND FOR GOOD CAUSE
2  SHOWING, IT IS ORDERED
3      1. On or before **August 13, 2007**, *[ten (10) calendar days from the date of*
4  *the Preliminary Approval Order]*, Defendant Pitney Bowes will provide
5  SIMPLURIS, the Claims Administrator, the Class Data List, providing for all
6  members of the Class, the names, last known addresses, and weeks worked by
7  each Class Member during the Class Period.
8      2. On or before **August 31, 2007**, *[twenty (20) court days from the date of*
9  *the Preliminary Approval Order]*, SIMPLURIS, shall mail first class, postage pre-
10 paid, the Notice to all present and former employees of PITNEY BOWES, INC.
11 employed as Sales Executives at any of its business establishments in California
12 during the period from July 26, 2002 through May 1, 2007 ("Class Period".)  All
13 mailings shall be made to the present and/or last known mailing address of present
14 and former employees based on a thorough examination of Defendant's records to
15 ascertain such addresses.  The Claims Administrator will perform address updates
16 and verifications as necessary prior to this first mailing.  The Court finds that the
17 mailing of notices to present and former employees as set forth in this paragraph is
18 the best means practicable by which to reach Class Members and is reasonable and
19 adequate pursuant to all constitutional and statutory requirements including all due
20 process requirements.
21     3. On or before **October 10, 2007**, *[forty (40) calendar days from the date*
22 *the Notice is first mailed to the Class]*, SIMPLURIS shall mail a post-card to all
23 members of the Class who have not responded with the return of a Claim Form or
24 a Request for Exclusion reminding them of the deadline in which to act to make a
25 claim.
26     4. On or before **October 15, 2007**, *[forty-five (45) calendar days from the*
27 *date the Notice is first mailed to the Class]*, Requests for Exclusion mailed to
28

1  SIMPLURIS must be postmarked.

2  5. On or before **October 15, 2007**, *[forty-five (45) calendar days from the date the Notice is first mailed to the Class]*, Objections to the Settlement must be filed with this Court, and timely served on the attorneys for Plaintiff and Defendant.

6. On or before **October 30, 2007**, *[sixty (60) calendar days from the date the Notice is first mailed to the Class]*, Claim Forms mailed to SIMPLURIS must be postmarked.

7. The Final Approval Hearing shall be held before the Honorable Judge Stormes at 2:00 p.m. on January 8, 2007, at the above-entitled court located at the 940 Front Street, Courtroom F, San Diego, California 92101 to consider the fairness, adequacy and reasonableness of the proposed Settlement preliminarily approved by the Order of Preliminary Approval, and to consider the application of Class Counsel Cohelan & Khoury for an award of reasonable attorneys' fees, litigation expenses, class representative enhancement, and for costs of claims administration incurred.

8. On or before November 29, 2007, *[ninety (90) calendar days from the date the Notice is first mailed to the Class]*, the Parties shall file and serve the Motion for Final Approval of Class Action Settlement, including all briefs in support of the proposed Settlement. Class Counsel shall likewise file and serve their Application for an award of reasonable attorneys' fees, litigation expenses, class representative enhancement, and for costs of claims administration incurred.

Dated: 8/10, 2007

Hon. Jeffrey T. Miller
United States District Judge

06cv1507 proposed order.wpd